IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JALEEL MCFADDEN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| WHOLE FOODS MARKET GROUP, INC. *et al.*, | : | No. 19-1103 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 24th day of February, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 32), Plaintiff's Response in Opposition (Doc. No. 35), Defendants' Reply in Support of Summary Judgment (Doc. No. 39), and Plaintiff's Sur-reply in Opposition (Doc. No. 42), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 18) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion is **DENIED** as to Plaintiff's Disparate Treatment claim;

2. Defendants' Motion is **GRANTED** as to Plaintiff's Disparate Impact claim;

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**